IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Total Quality Logistics, LLC,  :
                              :

       Plaintiff(s),  :

                              :     Case Number: 1:19cv42

   vs.  :

                              :     Judge Susan J. Dlott

Dustin Littrell, et al.,  :

                              :

       Defendant(s).  :

## ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on March 5, 2019 (Doc. 18), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objection under Fed. R. Civ. P. 72(b) expired March 19, 2019, hereby ADOPTS said Report and Recommendation.

Accordingly, Total Quality Logistic's motion to remand this case to state court for lack of federal jurisdiction (Doc. 10) is GRANTED. This case is REMANDED to Clermont County Court of Common Pleas.

Whitewater Freight's motion to stay discovery and dissolve the state court order (Doc. 2) is DENIED without prejudice to renew the motion in the state court following remand.

IT IS SO ORDERED.

_Susan J. Dlott_
Judge Susan J. Dlott
United States District Court